UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>　v.<br>BRIAN TUCKER.<br><br>　　　　　　　　　　　Defendant. | Case No. 2:15-mj-00012-GWF<br><br>**ORDER** |

　　　This matter is before the Court on Defendant's Motion for Order Directing Return of Seized Property (ECF No. 10), filed December 26, 2018. Defendant represents that he served the United States Attorney's Office via first-class mail on December 17, 2018. *Id*. The Government is therefore instructed to file its response to Defendant's Motion by no later than **January 28, 2019**. Should the Government require an extension of time, in light of the government shutdown, it must request so by January 24, 2019.

　　　Dated this 14th day of January, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE