1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRIAN TUCKER,

Defendant.

Case No. 2:15-mj-00012-GWF

**ORDER**

This matter is before the Court on Defendant's Motion for Order Directing Return of Seized Property (ECF No. 10), filed December 26, 2018.  Defendant represents that on January 12, 2015, he was arrested in Henderson, Nevada pursuant to a warrant for his arrest issued by the United States District Court for the Southern District of Indiana.[1]  During his arrest, it is alleged that law enforcement seized a package addressed to Defendant that contained $14,960.00. Finally, Defendant represents that at his sentencing hearing in the Southern District of Indiana, the United States indicated it had no interest in the currency seized in Nevada.  *Id.*  The Government is therefore instructed to file its response in any manner it deems appropriate and necessary.

**IT IS HEREBY ORDERED** that the Government shall file its response to Defendant's Motion for Return of Seized Property, no later than **February 8, 2019**.

. . .

. . .

. . .

---

[1] *United States v. Brian Tucker*, Case No. 3:14-cr-00052-RLY-CMM-1.

1

**IT IS FURTHER ORDERED** that the Clerk of the Court is instructed to mail a copy of this Order and Defendant's Motion for Order Directing Return of Seized Property (ECF No. 10) to the United States Attorney for the District of Nevada.

Dated this 29th day of January, 2019.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE